57th & 6th Ground LLC v Carnegie House Tenants Corp. (2026 NY Slip Op 50003(U))

[*1]

57th & 6th Ground LLC v Carnegie House Tenants Corp.

2026 NY Slip Op 50003(U)

Decided on January 5, 2026

Supreme Court, New York County

Moyne, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through January 13, 2026; it will not be published in the printed Official Reports.

Decided on January 5, 2026
Supreme Court, New York County

57th & 6th Ground LLC, Petitioner,

againstCarnegie House Tenants Corporation, Georgetown 57, LLC, Respondent.

Index No. 654326/2025

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 
2026 NY Slip Op 
26003.